Argued February 22, affirmed February 22, 1972

# STATE OF OREGON, *Respondent, v.* LINDA DAVIS (No. 19991), *Appellant.*
### 493 P2d 1061

*F. E. Glenn,* Deputy Public Defender, Salem, argued the cause for appellant. With him on the brief was Gary D. Babcock, Public Defender, Salem.

*John L. Snyder,* District Attorney, Dallas, argued the cause and filed the brief for respondent.

Before Schwab, Chief Judge, and Langtry and Foley, Judges.

Affirmed from the bench.